NUMBER 13-06-00702-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE: MARIO REY RAMIREZ 


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion (1) Per Curiam 



 Relator, Mario Rey Ramirez, filed a petition for writ of mandamus in the above cause
on December 27, 2006. On February 20, 2007, the real party-in-interest filed a response
to the petition. The Court, having examined and fully considered the petition for writ of
mandamus and the response, is of the opinion that relator has not shown himself entitled
to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex.
R. App. P. 52.8. 

 PER CURIAM


Do not publish. Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed

this 23rd day of February, 2007.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).